M.D. Appeal Dkt.
56   2018

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 169 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOSEPH J. DAVIS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is:

> May [Petitioner] be compelled to disclose orally the memorized password
> to a computer over his invocation of privilege under the Fifth Amendment to
> the Constitution of the United States, and Article I, [S]ection 9 of the
> Pennsylvania Constitution?